288 So.2d 160

**In re Joseph E. WHITEHURST**

**v.**

**STATE of Alabama.**

*Ex parte Joseph E. Whitehurst.*

SC 617.

Supreme Court of Alabama.

Dec. 20, 1973.

William N. Clark, Rogers, Howard, Redden & Mills, Birmingham, for petitioner.

No brief for the State.

JONES, Justice.

Petition of Joseph E. Whitehurst for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Whitehurst v. State of Alabama, 51 Ala.App. 613, 288 So.2d 152.

Writ denied.

COLEMAN, HARWOOD, BLOODWORTH and McCALL, JJ., concur.

290 So.2d 672

**In re Frank WILLIAMS**

**v.**

**STATE.**

*Ex parte Frank Williams.*

SC 681.

Supreme Court of Alabama.

Feb. 21, 1974.

Smith, Walker, Morris & Smith, Huntsville, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Frank Williams for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Williams v. State, 52 Ala. App. 207, 290 So.2d 668.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

288 So.2d 792

**In re WINN–DIXIE MONTGOMERY, INC.**

**v.**

**Nora M. ROWELL, as the Administratrix of the Estate of Alford L. Rowell.**

*Ex parte Winn-Dixie Montgomery, Inc., a corporation.*

SC 663.

Supreme Court of Alabama.

Jan. 24, 1974.

Joe R. Wallace, Davies, Williams & Wallace, Birmingham, for petitioner.

No brief for respondent.

MERRILL, Justice.

Petition of Winn-Dixie Montgomery Inc., a Corporation, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Winn-Dixie Montgomery, Inc., a Corp. v. Rowell, as the Administratrix of the Estate of Alford L. Rowell, 52 Ala. App. 1, 288 So.2d 785.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.